164

■

Chester BOWLES, Administrator, Office of Price Administration, Appellant, v. J. H. GRIFFIN, Appellee.

No. 10875.

Circuit Court of Appeals, Fifth Circuit.

Oct. 5, 1944.

■

Fleming James, Jr., Director, Litigation Division, Office of Price Administration, and David London, Atty., O.P.A., both of Washington, D. C., Ralph R. Quillian, Dist. Enforcement Atty., O.P.A., of Atlanta, Ga., and S. F. Memory, Jr., Atty., O.P.A., of Savannah, Ga., for appellant.

A. B. Conger, of Bainbridge, Ga., for appellee.

Before SIBLEY, HUTCHESON, and McCORD, Circuit Judges.

PER CURIAM.

This cause was this day called for hearing in its regular order;

Whereupon, on consideration of the joint agreement of counsel that all questions involved in this appeal have been determined by the Supreme Court of the United States in the case of Bowles v. Willingham, 321 U.S. 503, 64 S.Ct. 641, 88 L.Ed. —, on file, and agreeing for a reversal of the judgment in this case;

It is therefore ordered and adjudged by this Court that the judgment of the District Court of the United States for the Middle District of Georgia in this cause be, and the same is hereby, reversed.

It is further ordered that the mandate of this Court shall issue without delay.

■

■

Joseph J. McCARTHY, Appellant, v. Clyde McKENNEY, Tax Collector for Orange County, Florida, et al., Appellees.

No. 11085.

Circuit Court of Appeals, Fifth Circuit.

Oct. 20, 1944.

Joseph H. McCarthy, of Pine Castle, Fla., for appellant.

Woodford R. Smith, G. B. Fishback, and John G. Baker, all of Orlando, Fla., for appellees.

Before HUTCHESON, HOLMES, and WALLER, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

■

■

CENTURY INDEMNITY COMPANY, Appellant, v. Duncan C. ARNOLD and Margaret C. GALBREATH, Appellees.

No. 41.

Circuit Court of Appeals, Second Circuit.

Oct. 25, 1944.

■

John Wilson Hood, of New York City, for appellants.

Walter L. Glenney and Glenney, Mathews & Hampton, all of New York City, for appellees.

Before L. HAND, SWAN and CLARK, Circuit Judges.

PER CURIAM.

Reversed on the authority of Dittiger v. Isal Realty Co., 290 N.Y. 492, 49 N.E.2d 980, and new trial ordered.